1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, CA 95113
       Telephone: (498) 535-5044
6      Facsimile: (408) 535-5081

**IT IS SO ORDERED**
*Judge James Ware*
6/26/2009

7  Attorneys for Defendants
   United States of America
8  Social Security Administration

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  MICHAEL COOK,                    )   No. C 09 2466 JW
                                     )   No. C 09 2467 JW
         Plaintiff,                  )
14                                   )
      v.                             )
15                                   )   NOTICE OF RELATED CASES;
                                     )   ADMINISTRATIVE MOTION TO
    UNITED STATES OF AMERICA AND     )   TRANSFER CASES TO MAGISTRATE
16  SOCIAL SECURITY ADMINISTRATION   )   JUDGE SEEBORG; DECLARATION OF
                                     )   JAMES A. SCHARF; AND CONSENT TO
17       Defendants.                 )   PROCEED BEFORE MAGISTRATE
                                     )   JUDGE

18        TO THE CLERK OF THE COURT AND TO THE PLAINTIFF HEREIN:

19        PLEASE TAKE NOTICE that the above-captioned matters are related to the following

20  cases, which have also been filed in this Court by plaintiff Michael Cook, an incarcerated, pro se

21  litigant, against the Social Security Administration and its employees: Case Numbers: C 06

22  01965 RS; C 06 05950 RS; C 07 06068 RS; C 07 6232 RS; C 07-5085 RS; C 08 03626 RS; and

23  C 09-0482 RS

24        All of these cases involve plaintiff's allegation that he is entitled to Social Security

25  Administration benefit checks that were returned as undeliverable and uncashed or a request for

26  information pertaining to that dispute. All of these cases have been dismissed by Magistrate

27

28
    NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE
    TO MAGISTRATE JUDGE SEEBORG
    CV 09 2466 and 2467

Judge Seeborg.

In his Scheduling Order dated May 19, 2008, in Case No. C 07-5085 RS, Magistrate Judge Seeborg ordered plaintiff to stop filing new complaints regarding this same basic dispute, and to file all further materials pertaining to this same basic dispute in that case. Plaintiff apparently attempted to comply with that Order, but the Clerk filed the complaints under new case numbers, perhaps because C 07-5085 RS has been closed.

Defendants contend in each of these cases that plaintiff failed to exhaust his administrative remedies and that plaintiff is not entitled to these checks as a matter of law due to his incarceration. Thus, each of these cases involves the same plaintiff and governmental agency, the same claim, the same witnesses, the same documents, and the same questions of law.

Assignment of this case to Magistrate Judge Seeborg is appropriate. As noted, all of these actions concern substantially the same parties, property, transaction or event and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Thus, the cases are related as defined by Local Rule 3-12(a). Moreover, Magistrate Judge Seeborg is well familiar with this particular plaintiff and with the subject matter of these cases, having issued numerous Orders in them, including dismissals for failure to exhaust administrative remedies.

For all these reasons, defendants request that all of these cases be deemed related and that the subject case be transferred to Magistrate Judge Seeborg.

Defendant hereby consents to proceed before Magistrate Judge Seeborg.

DATED: June 9, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
JAMES A. SCHARF
Assistant United States Attorney

NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE
TO MAGISTRATE JUDGE SEEBORG
CV 09 2466 and 2467                         2

DECLARATION OF JAMES A. SCHARF IN SUPPORT OF NOTICE OF RELATED CASE AND ADMINISTRATIVE MOTION TO TRANSFER CASE

I, James A. Scharf, declare as follows:

I am an Assistant United States Attorney and am counsel for defendants in each of the above-described cases filed by Mr. Cook.

I declare under penalty of perjury under the laws of the United States of America that the facts describing those cases as set forth above are true and correct, based on my personal knowledge and/or review of those files.

Executed on June 9, 2009, at San Jose, California.

                          _____/S/_____
                          James A. Scharf
                          Assistant United States Attorney

**\*\*\*\* IT IS SO ORDERED \*\*\*\***

Case No. C 09 2466 JW and No. C 09 2467 JW are related to C 07-5085 RS. The Clerk shall reassign these cases Magistrate Judge Seeborg.

Dated: June 26, 2009                      _____/s/ James Ware_____
                                         United States District Judge

NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO TRANSFER CASE TO MAGISTRATE JUDGE SEEBORG
CV 09 2466 and 2467                3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF RELATED CASES; ADMINISTRATIVE MOTION TO TRANSFER CASES TO MAGISTRATE JUDGE SEEBORG; DECLARATION OF JAMES A. SCHARF; AND CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

**MICHAEL COOK v. UNITED STATES OF AMERICA, SOCIAL SECURITY ADMIN.**
**NO: C 09-2466 JW**
**NO: C 09-2467 JW**

to be served this date upon the party(ies) as follows:

_√____**FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Michael Cook**
**T-79529**
**High Desert State Prison**
**P. O. Box 3030**
**Susanville, CA 96127**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June 2009, at San Jose, California.

/S/

______________________________
Mimi Lam
Legal Assistant